IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN M. BAKER, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 10-6738 |
| | : | |
| PENNSYLVANIA ECONOMY LEAGUE, | : | |
| INC. RETIREMENT INCOME PLAN, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _23rd___ day of ___August___ 2011, it is **ORDERED** that Defendants' motion to dismiss (Doc. #4) is **GRANTED IN PART** and **DENIED IN PART** as follows:

- Defendants' motion is **GRANTED** as to Plaintiff's claim for a determination of benefit rights (Count I) and this claim is dismissed with prejudice.

- Defendants' motion is **DENIED** as to Plaintiff's claims for breach of fiduciary duties (Count II) and restitution (Count III).

- Defendants' motion is **GRANTED** as to Plaintiff's claim for equitable injunctive relief based on a theory of equitable estoppel (Count IV) and this claim is dismissed without prejudice.  Further, Plaintiff's request for leave to amend Count IV of her complaint is **GRANTED**, and Plaintiff shall have until September 23, 2011 to file an amended complaint.

                                                s/Anita B. Brody
                                      _____
                                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to:

O:\ABB 2011\A-K\Baker v. PEL Order re Motion to Dismiss.wpd